# RECURSOS DESESTIMADOS Y DESISTIDOS

En los siguientes casos fueron desestimados los recursos a instancia del apelado, por no haberse archivado en tiempo la transcripción de autos, expresándose en cada resolución las circunstancias concurrentes en el caso:

No. 3300.—SÁNCHEZ, APLTE., v. RODRÍGUEZ, APDO. — C.D. Humacao. Abril 3, 1924.

No. 3311. — GRUPPY, APLTE., v. SOBRINOS DE PORTILLA, APDA.—C. D. San Juan, Disto. 1º. Mayo 20, 1924.

No. 3353.—SUCESIÓN DE J. A. QUIÑONES, APLTES., v. SUCESIÓN CÁNDIDA QUIÑONES ET AL., APDOS. — C. D. Mayagüez. Junio 10, 1924.

No. 3371.—NAVAJAS, APLTE. v. FERNÁNDEZ, APDO. — C. D. San Juan, Disto. 1º. Desahucio. Jun. 13, 1924.

No. 3377.—SOSA OLIVA, APLTE., v. SUCESIÓN DE MANUEL SOSA, APDA. — C. D. San Juan, Disto. 1º. Cobro de dinero. Jun. 25, 1924.

No. 3375.—GRAU, APLDA., v. MARTÍNEZ REYES, APLTE.—C. D. San Juan, Disto. 1º. Junio 25, 1924.

No. 3446.—VEVE ET AL., APLDOS., v. RODRÍGUEZ FLORES ET AL., APLTES.—C. D. San Juan, Disto. 1º. Nov. 11, 1924. Denegada la reconsideración en Dic. 12, 1924.

No. 3459.—SANTOS, APLTE., v. RIVERA, APLDO.—C. D. Arecibo. Nov. 11, 1924.

No. 3415.—CARRIÓN, APLTE. v. NADAL, APDA.—C. D. Mayagüez. Nov. 11, 1924.

No. 3476. — AMERICAN COLONIAL BANK, APLDA., v. CARRERAS ET AL., APLTES.—C. D. San Juan, Disto. 1º. Nov. 18, 1924.

No. 3478. — ZEPPENFELDT, APDO., v. MARTÍNEZ LLONIN, APLTE.—C. D. San Juan, Disto. 2º. Nov. 18, 1924.

No. 3467.—FONT, APLTE., v. AÑESES ET AL., APDOS.—C. D. Aguadilla. Nov. 18, 1924.